IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SABIR WILCHER,

    Plaintiff,

v.

RICK RAEMISCH, WILLIAM POLLARD,
TYLER ROMENESKO, WILLIAM
SWIEKATOWSKI, ROBIN LINDMEIER,
CHRISTOPHER STEVENS and
PETER ERICKSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-803-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) dismissing Rick Raemisch and William Pollard with prejudice; and

    (2) granting summary judgment in favor of Tyler Romenesko, William Swiekatowski, Robin Lindmeier, Christopher Stevens and Peter Ericksen and dismissing this case.

| /s/ | 7/16/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |